**Benjamin RODRIGUEZ, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 31361.**

Court of Criminal Appeals of Texas.

Jan. 20, 1960.

No attorney for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is assault with intent to murder without malice; the punishment, one and one-half years.

Appellant plead guilty, and his voluntary confession was introduced without objection. When taken with the other evidence introduced, his guilt is sufficiently shown.

No brief has been filed, and no bills of exception appear in the record.

The judgment is affirmed.